# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RUSSELL GENE CLIFTON, JR. ,

    Plaintiff,

v.                                      Case No:  6:14-cv-1111-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying his claims for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act, as amended, 42 U.S. C. §§ 405(g) and 1383(c), (Doc. 1) filed on July 10, 2014.  The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be REVERSED and REMANDED for further proceedings consistent with the findings in the report.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 1, 2015 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED and REMANDED** for further proceedings consistent with the findings in the report.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly and **CLOSE** the file.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. §406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE AND ORDERED** in Orlando, Florida on April 20, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties