**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUSSELL GENE CLIFTON, JR. ,

    Plaintiff,

v.                                     Case No:  6:14-cv-1111-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 21) filed on May 11, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed May 12, 2015 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 21) is **GRANTED**.  Attorney's fees are awarded in the amount of $4,348.72 to be paid to Plaintiff if the Commissioner determines he does not owe a debt to the government.

**DONE AND ORDERED** in Orlando, Florida on June 1, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties